# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**183**
**CA 12-01224**
PRESENT: SCUDDER, P.J., LINDLEY, SCONIERS, AND MARTOCHE, JJ.

---

IN THE MATTER OF WILLIAM DUNSMOOR,
PETITIONER-APPELLANT,

        V            ORDER

TOWN OF OSWEGO PLANNING BOARD AND UNITED
GROUP DEVELOPMENT CORP., RESPONDENTS-RESPONDENTS.

---

HANCOCK ESTABROOK, LLP, SYRACUSE (JANET D. CALLAHAN OF COUNSEL), FOR
PETITIONER-APPELLANT.

SUGARMAN LAW FIRM, LLP, SYRACUSE (JENNA W. KLUCSIK OF COUNSEL), FOR
RESPONDENT-RESPONDENT TOWN OF OSWEGO PLANNING BOARD.

MICHAEL J. STANLEY LAW OFFICE, OSWEGO (MICHAEL J. STANLEY OF COUNSEL),
FOR RESPONDENT-RESPONDENT UNITED GROUP DEVELOPMENT CORP.

-------------------------------------------------------------------------------

   Appeal from a judgment (denominated order) of the Supreme Court,
Oswego County (James W. McCarthy, J.), entered March 21, 2012 in a
proceeding pursuant to CPLR article 78. The judgment dismissed the
petition.

   It is hereby ORDERED that the judgment so appealed from is
unanimously affirmed without costs for reasons stated in the decision
at Supreme Court.

Entered: March 15, 2013          Frances E. Cafarell
                      Clerk of the Court